IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:21-cv-199-GCM-DCK

**VALARIE L. MAHONEY-KONG,**

      Plaintiff,

vs.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

      Defendant.

## STIPULATION OF DISMISSAL

COME NOW Plaintiff, Valarie L. Mahoney-Kong, and Defendant, Hartford Life and Accident Insurance Company, through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims brought in this action are hereby dismissed with prejudice. The parties further agree and stipulate that all parties shall bear their own attorneys' fees and costs in this matter.

This 16th day of November, 2021.

| | |
|---|---|
| /s/Caitlin H. Walton | /s/Sonny S. Haynes |
| Caitlin H. Walton | Sonny S. Haynes |
| N.C. State Bar No. 49246 | N.C. State Bar No.41303 |
| cwalton@essexrichards.com | sonny.haynes@wbd-us.com |
| Norris A. Adams, II | Gemma L. Saluta |
| N.C. State Bar No. 32552 | N.C. State Bar No. 37032 |
| nadams@essexrichards.com | gemma.saluta@wbd-us.com |
| **ESSEX RICHARDS, P.A.** | **WOMBLE BOND DICKINSON (US) LLP** |
| 1701 South Boulevard | One West Fourth Street |
| Charlotte, NC 28203 | Winston-Salem, NC 27101 |
| Phone: (704) 377-4300 | Phone: (336) 721-3600 |
| Facsimile: (704) 372-1357 | Facsimile: (336) 721-3660 |
| *Attorneys for Plaintiff* | E-mail: gemma.saluta@wbd-us.com |
| | *Attorneys for Defendant* |